1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Erdely, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Clickatell, Inc.,<br><br>Defendant. | Case No. 4:17- cv-01104-HSG<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff David Erdely ("Plaintiff' or "Erdely") provides notice that the Parties have reached a settlement in this case and states as follows:

1. On March 3, 2017, Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 42 U.S.C. § 227 *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. Plaintiff and Defendant Clickatell, Inc. ("Defendant' or "Clickatell") have engaged in settlement discussions and have reached an agreement to resolve the individual claims of Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice.

3. The Parties are presently working to finalize a settlement agreement and believe a Notice of Voluntary Dismissal will be filed within twenty-eight (28) days.

1   Dated: May 5, 2017

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DAVID ERDELY**, individually, and on behalf of

all others similarly situated,


By:   /s/  Rebecca Davis

One of Plaintiff's Attorneys


Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205


Steven L. Woodrow
(swoodrow@woodrowpeluso.com)*
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Avenue
Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809


*Counsel for Plaintiff and the Putative Class*

*\*pro hac vice* admission to be filed

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Rebecca Davis, an attorney, hereby certify that I served the foregoing papers by causing true and accurate copies of such papers to be transmitted to all counsel of record through the Court's electronic filing system on May 5, 2017.


/s/ Rebecca Davis